UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81074-MC-MIDDLEBROOKS

CONRAD SMITH, et al.,

    Movants,

v.

CAROLINE WREN,

    Respondent.
_____/

## ORDER ON RENEWED MOTION TO COMPEL

**THIS CAUSE** is before the Court on Movants' Renewed Motion to Compel Compliance with Subpoena *Duces Tecum*, filed on April 24, 2025. (DE 15). As Respondent has yet to appear in this action, no Response has been filed. For the following reasons, the Motion is granted.

This matter arises out of an out-of-district subpoena. Movants are United States Capitol Police Officers who suffered injuries as a result of the January 6, 2021 attack on the United States Capitol. Movants have filed an against Donald J. Trump, Trump's 2020 presidential campaign, and others for their roles in connection with the January 6 attack. *Smith, et al. v. Trump, et al.*, Case No. 21-cv-02265-APM (D.D.C.) (the "Underlying Action" or "Smith"). In the Underlying Action, Movants obtained a subpoena against Respondent Wren, a non-party Republican fundraiser who was involved in organizing the Save America Rally on January 6. Movants allege that Ms. Wren possesses information relevant to the Underlying Action, including "documents regarding the Rally, including planning the programming, fundraising, communications about planning, the VIP section, security, and encouraging attendance." (DE 15; DE 15-1).

After the court in the Underlying Action issued a subpoena for Respondent Wren, Movants "spent more than a year attempting to serve the [s]ubpoena" on her, before finally succeeding on

May 21, 2024. (DE 15 at 4; DE 1). Movants filed this action on September 5, 2024, after Respondent failed to respond to the subpoena or reply to Movant's follow-up correspondence. On September 11, 2024, I ordered Respondent to secure counsel or advise the Court of her intent to proceed pro se by September 18, 2024. (DE 3). After Movants unsuccessfully attempted to serve my Order and a copy of their Motion to Compel on Respondent, I directed the U.S. Marshals to serve Respondent. (DE 6). The Marshals successfully served Respondent on February 7, 2025. (DE 12). Nevertheless, Respondent has yet to appear in this action and file any response in opposition to the motion, nor has she contacted Movants' counsel, or requested an extension of time to secure counsel. Movants now renew their request to compel Respondent's compliance with the duly issued subpoena in the Underlying Action.

Federal Rule of Civil Procedure 45 permits a party to command a non-party to produce "documents, electronically stored information, or tangible things at a place within 100 miles of where the [non-party] resides, is employed, or regularly transacts business in person." Fed. R. Civ. P. 45(c)(2)(A). "A subpoena must issue from the court where the action is pending," Fed. R. Civ. P. 45(a)(2), and "[a]t any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection," Fed. R. Civ. P. 45(d)(2)(B)(i). Any requests for production of documents must be relevant to the Underlying Action. Fed R. Civ. P. 26(b)(1). The subpoenaed party may object to the subpoena, but they must do so before the time specified on the subpoena or within 14 days of receiving the subpoena. Fed. R. Civ. P. 45(d)(2)(B).

Here, Respondent Wren was initially served with the subpoena on May 21, 2024. After failing to either object or adequately respond, Respondent was again served with the subpoena pursuant to this action on February 7, 2025. Respondent has still failed to appear, respond to the

2

subpoena, or heed this Court's instructions to secure counsel or appear pro se. I therefore find Respondent has waived any objections to the subpoena.

Moreover, Movants have satisfied the requisite showing to enforce the subpoena. First, this Court has jurisdiction to enforce the subpoena, as compliance is required at 1441 Brickell Avenue, Miami, Florida 33131, which is within 100 miles of Ms. Wren's residence where the subpoena was served. *See* Fed. R. Civ. P. 45(d)(2)(B)(i). Second, the subpoena facially requests materials relevant to the Underlying Action, as the Save America Rally on January 6, 2021, was a key event leading up to the attack on the United States Capitol and, consequently, is relevant to the factual predicates underlying Movants' cause of action. (DE 15 at 6-7).

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Movants' Renewed Motion to Compel Compliance with Subpoena *Duces Tecum* (DE 15) is **GRANTED**.

(2) On or by **May 16, 2025**, Respondent **SHALL PRODUCE** to Movants all responsive documents that fall within the scope of Movants' subpoena (DE 15-1).

**SIGNED** in Chambers at West Palm Beach, Florida, this 28 day of April, 2025.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record