UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81074-MC-MIDDLEBROOKS

CONRAD SMITH, et al.,

    Movants,

v.

CAROLINE WREN,

    Respondent.
_____/

### ORDER EXPEDITING BRIEFING ON MOTION FOR SANCTIONS

**THIS CAUSE** is before the Court on Movants' Motion for Contempt and Sanctions Against Respondent, filed on June 17, 2025. (DE 17). On April 28, 2025, I issued an Order compelling Respondent to comply with a subpoena *duces tecum*, properly issued in the case of *Smith, et al. v. Trump, et al.*, Case No. 21-cv-02265-APM (D.D.C.). Movants aver that Respondent, who has yet to appear in this action despite being personally served by the U.S. Marshals, has continued her pattern of disregard and non-engagement, and has failed to respond or otherwise act in accordance with that Order. In the interest of resolving this matter without undue delay, I will expedite briefing on the Motion. Accordingly, it is **ORDERED AND ADJUDGED** that Respondent **SHALL RESPOND** to the Motion **on or by June 23, 2025**. Movants **SHALL SERVE** a copy of this Order on Respondent via email and certified U.S. Mail.

**SIGNED** in Chambers at West Palm Beach, Florida, this 18th day of June, 2025.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record