IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CONRAD SMITH, DANNY MCELROY, BYRON EVANS, GOVERNOR LATSON, MELISSA MARSHALL, MICHEAL FORTUNE, JASON DEROCHE, and REGINALD CLEVELAND,<br><br>        *Movants*,<br><br>v.<br><br>CAROLINE WREN,<br><br>        *Respondent*. | Misc. Case No. 9:24-mc-81074-DMM<br><br>Re: Civil Action No. 1:21-cv-02265, Action pending in the United States District Court for the District of Columbia, Hon. Amit P. Mehta |

## MOVANTS' NOTICE TO COURT

Movants Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland hereby notify the Court that, at 4:56 p.m. on July 9, 2025, Caroline Wren emailed undersigned counsel with documents. The email that Ms. Wren used to transmit her production to Movants' counsel is an email address that Movants' counsel has used to address communications to Ms. Wren during this discovery effort, including sending her prior Orders of this Court. Undersigned counsel is currently reviewing those documents to determine if the production fully complies with the Subpoena and will update the Court accordingly.

Dated: July 10, 2025

        Respectfully submitted,
        */s/ Elizabeth B. Honkonen*
        Elizabeth B. Honkonen (FBN 0149403)
        SPERLING KENNY NACHWALTER, LLC
        Four Seasons Tower - Suite 1100
        1441 Brickell Avenue
        Miami, FL 33131
        Telephone: (305) 373-1000
        Facsimile: (305) 372-1861
        ebh@sperlingkenny.com