IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CONRAD SMITH, DANNY MCELROY, BYRON EVANS, GOVERNOR LATSON, MELISSA MARSHALL, MICHEAL FORTUNE, JASON DEROCHE, and REGINALD CLEVELAND,<br><br>*Movants*,<br><br>v.<br><br>CAROLINE WREN,<br><br>*Respondent*. | Misc. Case No. 9:24-mc-81074-DMM<br><br>Re: Civil Action No. 1:21-cv-02265, Action pending in the United States District Court for the District of Columbia, Hon. Amit P. Mehta |

## MOVANTS' NOTICE REGARDING RESPONDENT'S NON-COMPLIANCE

Movants Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland hereby provide the Court with the following update regarding the production made by Caroline Wren in connection with the pending civil case *Smith, et al. v. Trump, et al.*, Case No. 21-cv-02265-APM (D.D.C.):

1. At 4:56 p.m. on July 9, 2025, following this Court's entry of an Order granting sanctions against Ms. Wren (ECF 23), Ms. Wren emailed undersigned counsel with documents. In her cover email, Ms. Wren advised, "Here's everything my attorney sent to the January 6 committee and the DOJ." **Exhibit 1** (July 9, 2025 email).

2. Undersigned counsel reviewed Ms. Wren's production and identified a number of documents that appear to exist, are responsive to the Subpoena, and were not included in Ms. Wren's production. In addition, because Ms. Wren appears to have limited her production to documents she previously produced to the January 6 Committee and to the Department of Justice, it is unclear whether Ms. Wren searched for documents responsive to the Subpoena that were not otherwise produced to the January 6 Committee or to the DOJ.

3. Accordingly, on August 12, 2025, using the same email address that Ms. Wren used

to transmit her production, undersigned counsel wrote to Ms. Wren identifying the known discrepancies in Ms. Wren's production and requesting information about the search Ms. Wren conducted for documents responsive to the Subpoena. *See* **Exhibit 2** attached (August 12, 2025 email with letter). Undersigned counsel received no response.

4. On September 23, 2025, again using the email address that Ms. Wren used to transmit her production, undersigned counsel wrote to Ms. Wren once more to try to resolve the issues with her production without the Court's involvement. *See* **Exhibit 3** attached (September 23, 2025 email with letter). Undersigned counsel received no response by the requested response date of September 30, 2025.

5. Based on Ms. Wren's production and her repeated failure to respond to undersigned counsel's correspondence, Movants intend to seek additional relief from the Court in the next few days.

Dated: October 1, 2025

Respectfully submitted,
*/s/ Elizabeth B. Honkonen*
Elizabeth B. Honkonen (FBN 0149403)
SPERLING KENNY NACHWALTER, LLC
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
ebh@sperlingkenny.com