IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONRAD SMITH, DANNY MCELROY,
BYRON EVANS, GOVERNOR LATSON,
MELISSA MARSHALL, MICHAEL
FORTUNE, JASON DEROCHE, and
REGINALD CLEVELAND,

    Movants,

v.

CAROLINE WREN,

    Respondent.

_____/

MISC. CASE NO.: 9:24-mc-81074-DMM

RE: Civil Action No. 1:21-cv-02265
Action Pending the United States District
Court for the District of Columbia,
Hon. Amit P. Mehta

## INITIAL RESPONSE TO SHOW CAUSE ORDER

Respondent Caroline Wren ("Ms. Wren" or "Respondent"), by and through undersigned counsel and pursuant to this Court's January 27, 2026 Order to Show Cause (the "Order"), Doc. 34, hereby files this Initial Response to the Order and states as follows:

1. This matter arises from a non-party subpoena duces tecum dated April 25, 2024, issued by the United States District Court for the District of Columbia in connection with the civil action *Smith, et al. v. Trump, et al.*, Case No. 21-cv-02265-APM (D.D.C.) (the "Underlying Action").

2. Movants, who are plaintiffs in the Underlying Action, identified Respondent as a third-party witness to that case. Respondent was served with a subpoena on May 21, 2025. On July 9, 2025, Respondent supplied documents responsive to the subpoena, after litigation relating to prior non-compliance with the subpoena.

3. On January 8, 2026, Movants filed a Motion for Leave to Depose Respondent, Doc. 33, seeking authorization to conduct a limited deposition of Respondent for the purpose of questioning her regarding the completeness of Respondent's subpoena production.

4. Respondent, proceeding *pro se* at the time, did not file a response to the Motion by the January 22, 2026 deadline established under Southern District of Florida Local Rule 7.1(c).

5. On January 27, 2026, this Court entered an Order to Show Cause requiring Respondent to show cause by January 30, 2026, why the Motion for Leave to Depose should not be granted and why Respondent failed to file a response by January 22, 2026.  Doc. 34.

6. Undersigned counsel was retained to represent Respondent on January 29, 2026.

7. On January 30, 2026, Respondent filed an Unopposed Motion for Extension of Time to Respond to the Show Cause Order.  Doc. 36.  That motion requested a one-week extension to respond to the Order based on counsel only being recently retained, and because the parties would attempt to negotiate a resolution of the discovery dispute.  *Id*.

8. That motion remains pending as of this filing.  Therefore, given the January 30, 2026 deadline in the Order, Respondent files this initial response in an abundance of caution.

9. Also on January 30, 2026, undersigned counsel spoke with counsel for Movants, Elizabeth Honkonen, to discuss the outstanding issues.  Counsel are already working on a potential resolution of the dispute to avoid further judicial intervention and possibly negate the need for a deposition altogether.

10. Respondent respectfully requests that the Court either discharge the Order to Show Cause or allow Respondent until February 6, 2026, to provide a more complete response to the Order.

## **ARGUMENT**

Since Respondent retained counsel, the parties have acted immediately and with diligence and cooperation. On January 30, 2026, undersigned counsel spoke with Movants' counsel to discuss the outstanding discovery issues. The parties are already engaged in productive discussions aimed at resolving the dispute without further burdening the Court. These negotiations may obviate the need for a deposition entirely.

As requested in the pending Unopposed Motion for Extension of Time, allowing Respondent additional time to respond fully to the Order to Show Cause will facilitate these resolution discussions and promote judicial economy. Respondent respectfully requests that the Court either discharge the Show Cause Order or allow Respondent to more fully respond to the Order on or before February 6, 2026, and grant such further relief as the Court deems necessary and proper.

Dated: January 30, 2026                    Respectfully Submitted:


/s/ Gus M. Centrone
Gus M. Centrone
GUS M. CENTRONE, P.A.
P.O. Box 340925
Tampa, FL 33694
Phone: (540) 460-1051
E-mail: gus@guscentrone.com
*Attorney for Respondent Caroline Wren*