UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-MC-81074-MIDDLEBROOKS

CONRAD SMITH, et al.,

    Movants,

v.

CAROLINE WREN,

    Respondent.
_____/

## ORDER ON MOTION FOR LEAVE TO DEPOSE RESPONDENT

THIS CAUSE is before the Court on Movants' Motion for Leave to Depose Respondent, filed on January 8, 2026. (DE 33). On January 27, 2026, I entered an Order to Show Cause to the Respondent, who failed to file a response by the January 22, 2026, deadline. (DE 34). On January 30, 2026, Respondent filed her response to the Order to Show Cause. (DE 37).

The Court has carefully reviewed Respondent's Response to Court's Order to Show Cause. (DE 37). It appears, based upon the representations of counsel, Respondent did not file a Response to the Movants' Motion for Leave to Depose (DE 33) because she was proceeding *pro se*. Following my Order to Show Cause, Respondent retained counsel to represent her on January 29, 2026. (DE 37). Counsel also represents that the Parties are working on a potential resolution of the dispute to avoid further judicial intervention and possibly negate the need for a deposition altogether. (*Id.*).

Movants request that I order the Respondent to appear for deposition for the limited purpose of questioning her regarding her search and production of documents in response to Movants' non-party subpoena *duces tecum* dated April 25, 2024 (DE 1-2) (the "Subpoena"), issued by the United States District Court for the District of Columbia. (DE 33 at 1). In support, Movants

aver that following the extended noncompliance and a finding of contempt and the imposition of a daily sanction of $2,000, Ms. Wren produced materials in response to the Subpoena. However, Movants aver that the "the nature of Ms. Wren's production and her communications with Movants' counsel raise serious concerns as to whether she has conducted a full and good faith search for all materials responsive to the Subpoena." Having reviewed the record and Movant's previous Status Reports laying out the communications between the Parties, I find that a deposition would be proper to verify whether, and the extent to which, Ms. Wren complied with the Subpoena.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Order to Show Cause (DE 34) is **DISCHARGED**. No further action will be taken by the Court.

2. In light of counsel's representations in its Response to Order to Show Cause that the Parties are working towards a potential resolution of the matter, I will extend the deadline for the Respondent to file a Response to the Movants' Motion for Leave to Depose (DE 33), from January 22, 2026, to **February 13, 2026**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 3 day of February, 2026.

　　　　　　　　　　　　　　　　　　DONALD M. MIDDLEBROOKS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record