# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-MC-81074-MIDDLEBROOKS

CONRAD SMITH, et al.,

    Movants,

v.

CAROLINE WREN,

    Respondent.
_____/

## ORDER ON MOTION FOR LEAVE TO DEPOSE RESPONDENT

THIS CAUSE is before the Court on Movants' Motion for Leave to Depose Respondent, filed on January 8, 2026. (DE 33). On January 27, 2026, I entered an Order to Show Cause to the Respondent, who failed to file a response by the January 22, 2026, deadline. (DE 34). On January 30, 2026, Respondent filed her response to the Order to Show Cause and I subsequently discharged the Order. (DE 37; DE 39).

Movants request that I order the Respondent to appear for deposition for the limited purpose of questioning her regarding her search and production of documents in response to Movants' non-party subpoena *duces tecum* dated April 25, 2024 (DE 1-2) (the "Subpoena"), issued by the United States District Court for the District of Columbia. (DE 33 at 1). Having reviewed the record and Movant's previous Status Reports laying out the communications between the Parties, I find that a deposition would be proper to verify whether, and the extent to which, Ms. Wren complied with the Subpoena. Additionally, Respondent has indicated that she does not oppose participating in a deposition on the topics listed in the Motion. (DE 40 at 2). But Respondent does request that I order the deposition be limited to two hours in duration, and occur

on or before March 31, 2026. (*Id.*). The certificate of conferral further indicates that the Parties agree on these terms. (*Id.* at 3).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Movants' Motion for Leave to Depose Respondent (DE 33) is **GRANTED**.

2. Movant is permitted to depose Respondent in accordance with the agreed-upon terms set forth in the Respondent's Response.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of February, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record