**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-mc-81074-MIDDLEBROOKS

CONRAD SMITH et al.,

Movants,

vs.

CAROLINE WREN,

Respondent.
_______________________________________/

**ORDER CLOSING CASE**

THIS CAUSE is before the Court upon a *sua sponte* review of the record.

In view of my Order Granting Plaintiff's Motion for Leave to Depose Respondent (DE 41), which was entered on February 18, 2026, and given that the Respondent was ordered to participate in a deposition on or before March 31, 2026, it is **ORDERED** that:

1. The Clerk of Court shall **CLOSE THIS CASE**.
2. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 28 day of September, 2026.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record